## United States Bankruptcy Court
### District of Arizona

In re    **JEFFREY MARTIN STEVENS**
        **JILL ANNETTE STEVENS**                    Case No. _____

                                                    Debtor(s)       Chapter    **13**

### Declaration of Evidence of Employers' Payments Within 60 Days

- ☒ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, __**JEFFREY MARTIN STEVENS**__, declares the foregoing to be true and correct under penalty of perjury.

- ☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ☒ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, __**JILL ANNETTE STEVENS**__, declares the foregoing to be true and correct under penalty of perjury.

Date **August 18, 2017**          Signature    **/s/ JEFFREY MARTIN STEVENS**
                                                        **JEFFREY MARTIN STEVENS**
                                                        Debtor

Date **August 18, 2017**          Signature    **/s/ JILL ANNETTE STEVENS**
                                                        **JILL ANNETTE STEVENS**
                                                        Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

**Jeffrey M Stevens**

| Company | Period Begin | Division |
|---|---|---|
| 2500618 | 7/2/2017 | |
| Number | Period End | Branch |
| 18701 | 7/15/2017 | |
| Social Security # | Check Number | Department |
| XXX-XX-4996 | -99274348 | 1750 |
| Hire Date | Check Date | Team |
| 6/5/2017 | 7/21/2017 | |

**Blue Chip 2000 Commercial Clea**  
7250 Edington Drive  
Cincinnati, OH 45249 513-561-7999

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | | 0.00 | 0.00 | 3846.15 | 7692.30 |
| Phone (non tax reimburse | | 0.00 | 0.00 | 46.15 | 92.30 |
| Office Supplies (non tax r | | 0.00 | 0.00 | 34.62 | 69.24 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/9) (3846.15) | 280.66 | 561.72 |
| OASDI (3846.15) | 238.46 | 476.92 |
| Medicare (3846.15) | 55.77 | 111.54 |
| AZ (06/0) (3846.15) | 196.15 | 392.30 |
| Net Checking 22311XXXX | 3155.68 | 6311.36 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Earnings** | | 0.00 | 3926.92 | 7853.84 | |
| **NET PAY** | 3155.68 | **Total Direct Deposits** | 3155.68 | **Total Deductions** | 3926.92 7853.84 |
| | | | | **Check Amount** | 0.00 0.00 |

---

**Blue Chip 2000 Commercial Cleaning, Inc.**  
7250 Edington Drive  
Cincinnati, OH 45249

JPMorgan Chase Bank, N.A.  
Columbus, OH

25-3 / 410

**Check Date** 7/21/2017    **Check Number Memo**

**Pay** No Dollars and No Cents

$************

To the Order of:
1750
**Jeffrey M Stevens**
15263 North Castillo Drive
Fountain Hills, AZ 85268

18701  -99274348
NON NEGOTIABLE

Authorized Signature

---

**Blue Chip 2000 Commercial Cleaning, Inc.**  
7250 Edington Drive  
Cincinnati, OH 45249

1750    18701  -99274348

**Jeffrey M Stevens**  
15263 North Castillo Drive  
Fountain Hills, AZ 85268

## Jeffrey M Stevens

| Company | Period Begin | Division |
|---|---|---|
| 10865 | 5/21/2017 | |
| Number | Period End | Branch |
| 4996 | 6/3/2017 | |
| Social Security # | Check Number | Department |
| | -99966972 | 0071 |
| Hire Date | Check Date | Team |
| 12/30/2016 | 6/9/2017 | |

### Highlands Church

PTO Exempt Emplo 44.00+4.00-0.0 0 =48.00 HOURS

9050 E Pinnacle Peak Rd
Scottsdale, AZ 85255 480-348-9191

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| CLG Wages | | 0.00 | 0.00 | 682.61 | 16999.36 |
| CLG Cell | | 0.00 | 0.00 | 32.31 | 387.72 |
| CLG Housing | | 0.00 | 0.00 | 2202.03 | 17616.24 |
| Memos | | | | | |
| ER HSA Family | | | 0.00 | 50.00 | 600.00 |
| ER Paid Health | | | 0.00 | 675.00 | 8100.00 |
| ER Paid Dental | | | 0.00 | 75.00 | 900.00 |
| Memo 403B Pastor | | | 0.00 | 288.46 | 3461.52 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/6) (202.22) | 0.00 | 538.68 |
| Pretax Medical | 30.00 | 360.00 |
| 403b | 432.70 | 5192.36 |
| EE HSA Family | 50.00 | 600.00 |
| Net To Checking 22311XXX | 2404.25 | 28312.28 |

| Total Earnings | | 0.00 | 2916.95 | 35003.32 | Total Deductions | 2916.95 | 35003.32 |
| NET PAY | 2404.25 | Total Direct Deposits | | 2404.25 | Check Amount | 0.00 | 0.00 |

---

**Highlands Church**
9050 E Pinnacle Peak Rd
Scottsdale, AZ 85255

Wells Fargo Bank, N.A.    91-527 / 1221

Check Date 6/9/2017    Check Number Memo

$************

Pay  *No Dollars and No Cents*

To the Order of:
0071
**Jeffrey M Stevens**
15263 N Castillo Dr
Fountain Hills, AZ 85268

4996  -99966972
NON NEGOTIABLE

Authorized Signature

---

**Highlands Church**
9050 E Pinnacle Peak Rd
Scottsdale, AZ 85255

0071    4996  -99966972
**Jeffrey M Stevens**
15263 N Castillo Dr
Fountain Hills, AZ 85268

**Jeffrey M Stevens**

| | | |
|---|---|---|
| Company: 10665 | Period Begin: 6/4/2017 | Division |
| Number: 4996 | Period End: 6/17/2017 | Branch |
| Social Security #: -99966796 | Check Number: -99966796 | Department: 0071 |
| Hire Date: 12/30/2016 | Check Date: 6/23/2017 | Team |

**Highlands Church**
PTO Exempt Emplo 48.00+4.00-0.0 0 =52.00 HOURS

9050 E Pinnacle Peak Rd
Scottsdale, AZ 85255 480-348-9191

### Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| CLG Wages | | 0.00 | 0.00 | 682.61 | 17681.97 |
| CLG Cell | | 0.00 | 0.00 | 32.31 | 420.03 |
| CLG Housing | | 0.00 | 0.00 | 2202.03 | 19818.27 |
| Memos | | | | | |
| ER HSA Family | | | 0.00 | 50.00 | 650.00 |
| ER Paid Health | | | 0.00 | 675.00 | 8775.00 |
| ER Paid Dental | | | 0.00 | 75.00 | 975.00 |
| Memo 403B Pastor | | | 0.00 | 288.46 | 3749.98 |
| **Total Earnings** | | | 0.00 | 2916.95 | 37920.27 |
| **NET PAY** | | 2404.25 | Total Direct Deposits | 2404.25 | |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/6) (202.22) | 0.00 | 538.68 |
| Pretax Medical | 30.00 | 390.00 |
| 403b | 432.70 | 5625.06 |
| EE HSA Family | 50.00 | 650.00 |
| Net To Checking 22311XXX | 2404.25 | 30716.53 |
| **Total Deductions** | 2916.95 | 37920.27 |
| **Check Amount** | 0.00 | 0.00 |

---

**Highlands Church**
9050 E Pinnacle Peak Rd
Scottsdale, AZ 85255

Wells Fargo Bank, N.A.
91-527
1221

Check Date 6/23/2017     Check Number  Memo

Pay  *No Dollars and No Cents*                          $************

To the Order of:
0071
**Jeffrey M Stevens**
15263 N Castillo Dr
Fountain Hills, AZ 85268

4996  -99966796
NON NEGOTIABLE

Authorized Signature

---

**Highlands Church**
9050 E Pinnacle Peak Rd
Scottsdale, AZ 85255

0071        4996  -99966796
**Jeffrey M Stevens**
15263 N Castillo Dr
Fountain Hills, AZ 85268

**Jeffrey M Stevens**

| Company | Period Begin | Division |
|---|---|---|
| 10665 | 6/18/2017 | |
| Number | Period End | Branch |
| 4996 | 7/1/2017 | |
| Social Security # | Check Number | Department |
| | -99966497 | 0071 |
| Hire Date | Check Date | Team |
| 12/30/2016 | 7/7/2017 | |

**Highlands Church**

PST 0.00-0.00=0.00 HOURS
PTO Exempt Emplo 52.00+4.00-0.0
0 =56.00 HOURS

9050 E Pinnacle Peak Rd
Scottsdale, AZ 85255 460-348-9191

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| CLG Wages | | 0.00 | 0.00 | 874.89 | 18556.86 |
| CLG Cell | | 0.00 | 0.00 | 32.31 | 452.34 |
| CLG Housing | | 0.00 | 0.00 | 2202.03 | 22020.30 |
| Memos | | | | | |
| ER HSA Family | | | 0.00 | 50.00 | 700.00 |
| ER Paid Health | | | 0.00 | 700.00 | 9475.00 |
| ER Paid Dental | | | 0.00 | 115.00 | 1090.00 |
| Memo 403B Pastor | | | 0.00 | 307.69 | 4057.67 |
| **Total Earnings** | | | 0.00 | 3109.23 | 41029.50 |
| **NET PAY** | | 2567.69 | Total Direct Deposits | 2567.69 | |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/6) (365.66) | 0.00 | 538.68 |
| Pretax Medical | 30.00 | 420.00 |
| 403b | 461.54 | 6086.60 |
| EE HSA Family | 50.00 | 700.00 |
| Net To Checking 22311XXX | 2567.69 | 33284.22 |
| | | |
| | | |
| | | |
| **Total Deductions** | 3109.23 | 41029.50 |
| **Check Amount** | 0.00 | 0.00 |

---

**Highlands Church**
9050 E Pinnacle Peak Rd
Scottsdale, AZ 85255

Wells Fargo Bank, N.A.    91-527 / 1221

**Check Date** 7/7/2017    **Check Number Memo**

Pay *No Dollars and No Cents*    $************

To the Order of:
0071    4996  -99966497
**Jeffrey M Stevens**    NON NEGOTIABLE
15263 N Castillo Dr
Fountain Hills, AZ 85268

Authorized Signature

---

**Highlands Church**
9050 E Pinnacle Peak Rd
Scottsdale, AZ 85255

0071    4996  -99966497
**Jeffrey M Stevens**
15263 N Castillo Dr
Fountain Hills, AZ 85268

**Jeffrey M Stevens**

| Company | Period Begin | Division |
|---|---|---|
| 10665 | 7/2/2017 | |
| Number | Period End | Branch |
| 4996 | 7/15/2017 | |
| Social Security # | Check Number | Department |
| | -99966176 | 0071 |
| Hire Date | Check Date | Team |
| 12/30/2016 | 7/21/2017 | |

**Highlands Church**

PST 0.00-0.00=0.00 HOURS
PTO Exempt Emplo 56.00+4.00-40.00 =20.00 HOURS

9050 E Pinnacle Peak Rd
Scottsdale, AZ 85255 480-348-9191

## Earnings

| Description | Location / Job | Rate | Hours/Pieces | Current | Year To Date |
|---|---|---|---|---|---|
| PTO | | 0.00 | 40.00 | 0.00 | 0.00 |
| CLG Wages | | 0.00 | 0.00 | 874.89 | 19431.75 |
| CLG Cell | | 0.00 | 0.00 | 32.31 | 484.65 |
| CLG Housing | | 0.00 | 0.00 | 2202.03 | 24222.33 |
| Memos | | | | | |
| ER HSA Family | | | 0.00 | 50.00 | 750.00 |
| ER Paid Health | | | 0.00 | 700.00 | 10175.00 |
| ER Paid Dental | | | 0.00 | 115.00 | 1205.00 |
| Memo 403B Pastor | | | 0.00 | 307.69 | 4365.36 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/6) (365.66) | 0.00 | 538.68 |
| Pretax Medical | 30.00 | 450.00 |
| 403b | 461.54 | 6548.14 |
| EE HSA Family | 50.00 | 750.00 |
| Net To Checking 22311XXX | 2567.69 | 35851.91 |

| | | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|---|
| **Total Earnings** | | 40.00 | 3109.23 | 44138.73 | **Total Deductions** | 3109.23 | 44138.73 |
| **NET PAY** | 2567.69 | **Total Direct Deposits** | 2567.69 | | **Check Amount** | 0.00 | 0.00 |

---

**Highlands Church**
9050 E Pinnacle Peak Rd
Scottsdale, AZ 85255

Wells Fargo Bank, N.A.    91-527 / 1221

Check Date 7/21/2017    Check Number Memo

Pay *No Dollars and No Cents*    $************

To the Order of:
0071    4996  -99966176
**Jeffrey M Stevens**    NON NEGOTIABLE
15263 N Castillo Dr
Fountain Hills, AZ 85268

Authorized Signature

---

**Highlands Church**
9050 E Pinnacle Peak Rd
Scottsdale, AZ 85255

0071    4996  -99966176
**Jeffrey M Stevens**
15263 N Castillo Dr
Fountain Hills, AZ 85268