Robert Beucler (05224)
Andrew Nemeth (015509)
**LERNER & ROWE LAW GROUP**
2701 E. Camelback Road, Suite 185
Phoenix, Arizona 85016
Tel: (602) 667-7777
Fax: (602) 667-8183
Email: anemeth@larlg.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| JEFFREY MARTIN STEVENS, SSN: xxx-xx-4996, | Case No. 2:14-bk-07785-BKM |
| AND | **NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7** |
| JILL ANNETTE STEVENS, SSN: xxx-xx-6596, | |
| 20906 N 39TH WAY PHOENIX, AZ 85050 | |
| Debtors. | |

Debtors, through counsel undersigned, moves this Court to enter an order converting this case to a case under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1307(a). In support of the Motion, Debtors state:

1. Debtors' instant Chapter 13 bankruptcy case was filed on August 31, 2017.
2. Debtor's Plan payments are currently delinquent $11,420.00.
3. Debtor, Jeffrey Martin Stevens, is no longer employed with Blue Chip 2000, which provided the Debtors with a second source of income; therefore, Debtors' discretionary income is insufficient to allow modification of their Plan.
4. Debtors are unable to complete the Chapter 13 Plan or otherwise modify the Chapter 13 Plan, as Debtors' discretionary income is negative <$155.62>.

5. Debtor asserts that this case has not been previously converted under Sections 706, 1112 or 1208, and that Debtors have the right to convert this case to Chapter 7 of the Bankruptcy Code.

6. Debtors assert that it is in the best interest of all parties that the instant case be converted from Chapter 13 to Chapter 7.

WHEREFORE, Debtors respectfully request the Court enter an Order converting the instant case to a case under Chapter 7 of the Bankruptcy Code.

DATE: May 14, 2018            LERNER & ROWE LAW GROUP

By: /s/ AN - 015509
Andrew Nemeth
2701 E. Camelback Rd., Ste. 185
Phoenix, AZ 85016
*Attorney for Debtors*

Reviewed and approved by:

/s/ Jeffrey Martin Stevens
Jeffrey Martin Stevens

/s/ Jill Annette Stevens
Jill Annette Stevens