Andrew S. Nemeth 015509
**LERNER & ROWE LAW GROUP**
2701 East Camelback Road, Suite 130
Phoenix, Arizona 85016
Phone: (602) 667-7777
Fax:    (602) 667-8183
Email: anemeth@larlg.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| JEFFREY MARTIN STEVENS and JILL ANNETTE STEVENS, | Case No.: 2:17-bk-10375-PS |
| Debtors. | **SCHEDULE OF UNPAID DEBTS IN A CONVERTED CASE** |

I Jeffrey Martin Stevens and I Jill Annette Stevens hereby declare under penalty of perjury that we have not incurred any unpaid debts since the filing of our Chapter 13 bankruptcy case.

DATE: 3-28-18

_____
Jeffrey Martin Stevens
Debtor

_____
Jill Annette Stevens
Debtor