```
                             United States Bankruptcy Court
                                  District of Arizona

In re:                                                            Case No. 17-10375-PS
JEFFREY MARTIN STEVENS                                            Chapter 7
JILL ANNETTE STEVENS
       Debtors                       CERTIFICATE OF NOTICE

District/off: 0970-2          User: dominquez              Page 1 of 2          Date Rcvd: May 16, 2018
                              Form ID: 309A                Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db/jdb         +JEFFREY MARTIN STEVENS,    JILL ANNETTE STEVENS,    20906 N 39TH WAY,    PHOENIX, AZ 85050-4846
aty            +JANESSA ERIN KOENIG,    JABURG & WILK,    3200 N. CENTRAL AVE., SUITE 2000,
                 PHOENIX, AZ 85012-2463
aty            +JASON S. TREGUBOFF,    FAITH, LEDYARD & FAITH, PLC,    919 NORTH DYSART ROAD,    SUITE F,
                 AVONDALE, AZ 85323-1711
tr             +EDWARD J. MANEY,    101 N. FIRST AVE., SUITE 1775,    PHOENIX, AZ 85003-1927
cr             +WELLS FARGO BANK NA,    c/o Janessa E. Koenig,    JABURG & WILK PC,    3200 North Central Avenue,
                 Suite 2000,    Phoenix, AZ 85012-2463
14695362       +BUREAU OF MEDICAL ECONOMICS,    326 E CORONADO RD,    PHOENIX AZ 85004-1524
14695361       +BUREAU OF MEDICAL ECONOMICS,    ATTN: BANKRUPTCY,    PO BOX #20247,    PHOENIX AZ 85036-0247
14796212       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14695369       +CARMAX AUTO FINANCE,    12800 TUCKAHOE CREEK PKW,    RICHMOND VA 23238-1124
14695368       +CARMAX AUTO FINANCE,    PO BOX 440609,    KENNESAW GA 30160-9511
14698684       +CarMax Business Services, LLC,    225 Chastain Meadows Court,    Suite 210,
                 Kennesaw, GA 30144-5942
14695375       +MAYO CLINIC,    13400 E. SHEA BLVD.,    SCOTTSDALE AZ 85259-5499

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: anemeth@larlg.com May 17 2018 00:13:32      ANDREW S. NEMETH,
                 LERNER & ROWE LAW GROUP,    2701 E. CAMELBACK RD., STE. 185,    PHOENIX, AZ  85016
tr             +EDI: QDABIRDSELL.COM May 17 2018 03:58:00      DAVID A. BIRDSELL,    216 N. CENTER,
                 MESA, AZ 85201-6629
smg             EDI: AZDEPREV.COM May 17 2018 03:58:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
cr             +EDI: AISACG.COM May 17 2018 03:58:00      Capital One Auto Finance, a division of Capital On,
                 c/o Ascension Capital Group,    P.O. BOX 165028,    IRVING, TX  75016,
                 UNITED STATES 75016-5028
14831421        EDI: BECKLEE.COM May 17 2018 03:58:00      AMERICAN EXPRESS CENTURION BANK,
                 C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN  PA 19355-0701
14695356       +EDI: AMEREXPR.COM May 17 2018 03:58:00      AMEX,    CORRESPONDENCE,    PO BOX 981540,
                 EL PASO TX 79998-1540
14695357       +EDI: AMEREXPR.COM May 17 2018 03:58:00      AMEX,    PO BOX 297871,
                 FORT LAUDERDALE FL 33329-7871
14695358       +EDI: AZDEPREV.COM May 17 2018 03:58:00      ARIZONA DEPARTMENT OF REVENUE,
                 SPECIAL OPERATIONS SECTION,    1600 W. MONROE, ROOM 720,    PHOENIX AZ 85007-2612
14695360        EDI: BANKAMER.COM May 17 2018 03:58:00      BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998
14695359       +EDI: BANKAMER.COM May 17 2018 03:58:00      BANK OF AMERICA,    NC4-105-03-14,    PO BOX 26012,
                 GREENSBORO NC 27420-6012
14717478        EDI: CALTAX.COM May 17 2018 03:58:00      BANKRUPTCY SECTION MS A340,    FRANCHISE TAX BOARD,
                 PO BOX 2952,    SACRAMENTO CA 95812-2952
14695363        EDI: CALTAX.COM May 17 2018 03:58:00      CALIFORNIA FRANCHISE TAX BOARD,
                 BANKRUPTCY SECTION MS A340,    PO BOX 2952,    SACRAMENTO CA 95812-2952
14695365        EDI: CAPITALONE.COM May 17 2018 03:58:00      CAPITAL ONE,    15000 CAPITAL ONE DR,
                 RICHMOND VA 23238
14695364       +EDI: CAPITALONE.COM May 17 2018 03:58:00      CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30253,
                 SALT LAKE CITY UT 84130-0253
14695366       +EDI: CAPONEAUTO.COM May 17 2018 03:58:00      CAPITAL ONE AUTO FINANCE,
                 ATTN: GENERAL CORRESPONDENCE/BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
14695367       +EDI: CAPONEAUTO.COM May 17 2018 03:58:00      CAPITAL ONE AUTO FINANCE,    3901 DALLAS PKWY,
                 PLANO TX 75093-7864
14695370       +EDI: CHASE.COM May 17 2018 03:58:00      CHASE CARD,    ATTN: CORRESPONDENCE DEPT,    PO BOX 15298,
                 WILMINGTON DE 19850-5298
14695371       +EDI: CHASE.COM May 17 2018 03:58:00      CHASE CARD,    PO BOX 15298,    WILMINGTON DE 19850-5298
14847062       +EDI: AISACG.COM May 17 2018 03:58:00      Capital One Auto Finance c/o AIS Portfolio Service,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14708909       +EDI: AISACG.COM May 17 2018 03:58:00      Capital One Auto Finance, c/o Ascension Capital Gr,
                 P.O. Box 201347,    Arlington, TX 76006-1347
14695372       +E-mail/Text: electronicbkydocs@nelnet.net May 17 2018 00:14:25      DEPT OF ED/582/NELNET,
                 ATTN: CLAIMS/BANKRUPTCY,    PO BOX 82505,    LINCOLN NE 68501-2505
14695373       +E-mail/Text: electronicbkydocs@nelnet.net May 17 2018 00:14:25      DEPT OF ED/582/NELNET,
                 121 S 13TH ST,    LINCOLN NE 68508-1904
14695374        EDI: IRS.COM May 17 2018 03:58:00      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,    PHILADELPHIA PA 19101-7346
14707892       +E-mail/Text: electronicbkydocs@nelnet.net May 17 2018 00:14:25
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
14695376       +E-mail/Text: bk.notices@vantagewest.org May 17 2018 00:14:11      VANTAGE WEST CREDIT,
                 ATTN: BANKRUPTCY,    PO BOX 15115,    TUCSON AZ 85708-0115
14695377       +E-mail/Text: bk.notices@vantagewest.org May 17 2018 00:14:11      VANTAGE WEST CREDIT UNION,
                 PO BOX 15115,    TUCSON AZ 85708-0115
14695378       +EDI: WFFC.COM May 17 2018 03:58:00      WELLS FARGO,    WELLS FARGO BANK,    PO BOX 5185,
                 SIOUX FALLS SD 57117-5185
14695379       +EDI: WFFC.COM May 17 2018 03:58:00      WELLS FARGO,    PO BOX 5185,    SIOUX FALLS SD 57117-5185
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14695380      +EDI: WFFC.COM May 17 2018 03:58:00      WELLS FARGO DEALER SERVICES,    ATTN: BANKRUPTCY,
               PO BOX 19657,    IRVINE CA 92623-9657
14695381      +EDI: WFFC.COM May 17 2018 03:58:00      WELLS FARGO DEALER SERVICES,    PO BOX 1697,
               WINTERVILLE NC 28590-1697
14749335       EDI: WFFC.COM May 17 2018 03:58:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
               PO Box 19657,    Irvine CA 92623-9657
14722102       EDI: WFFC.COM May 17 2018 03:58:00      Wells Fargo Bank, N.A.,
               Wells Fargo Education Financial Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
14747330       EDI: WFFC.COM May 17 2018 03:58:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
               PO Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Capital One Auto Finance c/o AIS Portfolio Service,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
```
              ANDREW S. NEMETH    on behalf of Debtor JEFFREY MARTIN STEVENS anemeth@larlg.com,
               rbeucler@larlg.com,awestbrooks@larlg.com,kjennings@larlg.com
              ANDREW S. NEMETH    on behalf of Joint Debtor JILL ANNETTE STEVENS anemeth@larlg.com,
               rbeucler@larlg.com,awestbrooks@larlg.com,kjennings@larlg.com
              DAVID A. BIRDSELL    ecf@azbktrustee.com,    dbirdsell@ecf.epiqsystems.com
              EDWARD J. MANEY    courtecf@maney13trustee.com
              JANESSA ERIN KOENIG    on behalf of Creditor    WELLS FARGO BANK NA jek@jaburgwilk.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                              TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **JEFFREY MARTIN STEVENS** | Social Security number or ITIN | xxx–xx–4996 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **JILL ANNETTE STEVENS** | Social Security number or ITIN | xxx–xx–6596 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of Arizona | | Date case filed in chapter **13** | 8/31/17 |
| Case number:   2:17–bk–10375–PS | | Date case converted to chapter **7** | 5/16/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | JEFFREY MARTIN STEVENS | JILL ANNETTE STEVENS |
| 2. | **All other names used in the last 8 years** | aka JEFF STEVENS | |
| 3. | **Address** | 20906 N 39TH WAY<br>PHOENIX, AZ 85050 | 20906 N 39TH WAY<br>PHOENIX, AZ 85050 |
| 4. | **Debtor's attorney**<br>Name and address | ANDREW S. NEMETH<br>LERNER & ROWE LAW GROUP<br>2701 E. CAMELBACK RD., STE. 185<br>PHOENIX, AZ 85016 | Contact phone 602–667–7777<br>Email: anemeth@larlg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | DAVID A. BIRDSELL<br>216 N. CENTER<br>MESA, AZ 85201 | Contact phone 480–644–1080<br>Email: ecf@azbktrustee.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **JEFFREY MARTIN STEVENS** and **JILL ANNETTE STEVENS**    Case number **2:17–bk–10375–PS**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | **U.S. Bankruptcy Court, Arizona**<br>**230 North First Avenue, Suite 101**<br>**Phoenix, AZ 85003–1727** | Office Hours: 9:00 am – 4:00 pm<br>Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 5/16/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 18, 2018 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/17/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**